CRASKA, ALIAS DAVIS, *v.* NEW YORK.

No. 877.   Decided June 12, 1961.

Appellant *pro se.*

*Louis J. Lefkowitz,* Attorney General of New York, and *Robert E. Fischer,* Special Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

CERVIERI ET UX. *v.* PORT OF NEW YORK AUTHORITY.

No. 886.   Decided June 12, 1961.

Appellants *pro se.*

*Sidney Goldstein* and *Russell E. Watson* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.